# 475

No. 66835.—Gross Plumbing & Rubber Company et al. *v.* United States, protests 59/26134, etc. (Philadelphia).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of aerators in chief value of brass, not plated with platinum, gold, or silver, similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 7, 1962

No. 66836.—Lewis & Pina *v.* United States, protests 59/29932, etc. (Laredo).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66837.—Lewis & Pina *v.* United States, protests 60/27884, etc. (Laredo).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66838.—Mosaic Stone Company *v.* United States, protests 60/27894, etc. (Laredo).

476

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66839.—Norman G. Jensen, Inc. v. United States, protests 60/19770, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 66840.—Norman G. Jensen, Inc. v. United States, protests 60/23880, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 66841.—Norman G. Jensen, Inc. v. United States, protests 60/23886, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

No. 66842.—Texas Meat Packers Co. v. United States, protest 59/18185 (Galveston).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mutton similar in all material respects to the beef the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), except that the merchandise here involved is mutton, the claim of the plaintiff was sustained.